**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 10-62680 |
| | : | |
| TURNER, GREGORY | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge John E. Hoffman, Jr. |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $5.87 represents the total sum of unclaimed and small dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and address(es) of the party(ies) entitled to those unclaimed dividends is(are) as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| City of Columbus<br>Dept. of Public Utilities<br>910 Dublin Road<br>Columbus, OH  43215 | 2 | $1.33 |
| Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH  43216 | 4A | $4.54 |

| Total Unclaimed/Small<br>Dividends $25.00 or Under | Total Unclaimed Dividends<br>Over $25.00 |
|---|---|
| $5.87 | $ |

Dated: June 28, 2011

/s/ David M. Whittaker
David M. Whittaker, Trustee   (0019307)
BRICKER & ECKLER LLP
100 South Third Street
Columbus, OH  43215
Phone:  (614) 227-2355
Fax:  (614) 227-2390
Email:  dwhittaker@bricker.com

cc:     United States Trustee

4647412v1

| REMITTED TO COURT | **BANK OF AMERICA, N.A.** | CHECK NUMBER |
|---|---|---|
| DAVID M. WHITTAKER, CH 7 TRUSTEE<br>100 SOUTH THIRD STREET<br>COLUMBUS, OH 43215 | 32-1/1110 TX 0 | **106** |
| | DATE | AMOUNT |
| | 06/27/11 | **********5.87 |

**2496371**

PAY TO THE ORDER OF

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 10-62680 | JEH | Debtor: TURNER, GREGORY |

Clerk, United States Bankruptcy Court

*Five Dollars And 87/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑊000106⑊ ⑉111000012⑉ 4437791551⑊

---

| Date: 06/27/11 | Check Number: 106 | Amount: 5.87 |
|---|---|---|
| Case Number: 10-62680    JEH<br>Debtor Name: TURNER, GREGORY | | |

| Paid To: | Clerk, United States Bankruptcy Court | Trustee: | DAVID M. WHITTAKER, CH 7 TRUSTEE<br>100 SOUTH THIRD STREET<br>COLUMBUS, OH 43215 |
|---|---|---|---|

Description:  REMITTED TO COURT

Bank Account Number:  4437791551